## 69149. OCULUS CORPORATION v. FRED CHENOWETH EQUIPMENT COMPANY.
(333 SE2d 451)

BANKE, Chief Judge.

In accordance with the decision of the Supreme Court in Fred Chenoweth Equip. Co. v. Oculus Corp., 254 Ga. 321 (328 SE2d 539) (1985), this court's decision in Oculus Corp. v. Fred Chenoweth Equip. Co., 172 Ga. App. 547 (323 SE2d 836) (1984), is hereby vacated and the judgment of the lower court is affirmed.

Judgment affirmed. Pope and Benham, JJ., concur.

DECIDED JUNE 4, 1985.

Nolan B. Harmon, Karsten Bicknese, for appellant.
James E. Humes II, John W. Denney, James R. Lewis, Willis C.

*Darby, Jr.,* for appellee.